UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JOSE LUIS CASTILLO HERNANDEZ, Petitioner,

v. Civil Action No. 4:26-cv-585-DJH

MIKE LEWIS, Jailer, Hopkins County Jail et al., Respondents.[1]

* * * * *

**ORDER**

Petitioner Jose Luis Castillo Hernandez, proceeding pro se, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Mike Lewis.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before September 4, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

[1] The petition names Todd Lyons as the Acting Director of U.S. Immigration and Customs Enforcement, Pamela Bondi as the U.S. Attorney General, and Kristi Noem as the U.S. Secretary of Homeland Security. (Docket No. 1, PageID.1) Pursuant to Federal Rule of Civil Procedure 25(d), David Venturella, the Acting Director of U.S. Immigration and Customs Enforcement; Todd Blanche, the U.S. Attorney General; and Markwayne Mullin, the U.S. Secretary of Homeland Security, are automatically substituted respectively. The Court will order that the docket be modified accordingly.

(5) Petitioner may file a reply **on or before September 10, 2026**.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before September 10, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Hopkins County Jail. The parties may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7) The Clerk of Court is **DIRECTED** to substitute David Venturella, the Acting Director of U.S. Immigration and Customs Enforcement, in place of Todd Lyons as a respondent in the record of this matter; to substitute Todd Blanche, the U.S. Attorney General, in place of Pamela Bondi as a respondent in the record of this matter; and to substitute Markwayne Mullin, the U.S. Secretary of Homeland Security, in place of Kristi Noem as a respondent in the record of this matter.

September 1, 2026

**David J. Hale, Chief Judge**
**United States District Court**